UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


OCHUKO IGHOFOSE,

      Plaintiff,

vs                                                                          Case No: 15-11951
                                                                            Honorable Victoria A Roberts
OAKLAND COUNTY SHERIFF'S, ET AL,

      Defendants.

_____/

### ORDER GRANTING DEFENDANTS' MOTION TO DISMISS

On August 11, 2015, Defendants filed their Motion to Dismiss (Doc. #5).  Plaintiff

failed to respond.

After reviewing the motion in the light most favorable to the Plaintiff, the Court

**GRANTS** Defendants' motion.

Defendants' motion does not address Plaintiff's state law claims of Gross

Negligence (Count IV), Intentional Infliction of Emotional Distress (Count V), and

Conversion (Count VII).

Because the Court dismisses all of Plaintiff's federal claims, it declines to

exercise supplemental jurisdiction over Plaintiff's state law claims.  These are dismissed

without prejudice.  28 U.S.C. § 1368 (c) (3).

      **IT IS ORDERED.**


                         /s/ Victoria A. Roberts
                        Victoria A. Roberts
                        United States District Judge

Dated:  October 8, 2015

The undersigned certifies that a copy of this
document was served on the attorneys of
record by electronic means or U.S. Mail on
October 8, 2015.

s/Linda Vertriest
Deputy Clerk